# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| ROBERT E.("BOB") GIVEN d/b/a R.J.R. PAINTING, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05cv2136 B/P |
| v. ) | |
| ) | |
| R & R MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |

FILED BY_____D.C.

05 JUL -5 AM 9: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on July 5, 2005, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, R & R Management, LLC. pursuant to FRCP 55(a).

Plaintiff submitted sworn affidavit of service of complaint and waiver of service which was signed and returned. Defendant had twenty days within which to answer or otherwise plead. Defendant R & R Management, LLC has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 5th day of July, 2005.

Thomas M. Gould
Clerk of Court

By: _Judy Consley_
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-5-05

(5)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02136 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Greg Hays
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable J. Breen
US DISTRICT COURT