IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -5 AM 9: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ROBERT E.("BOB") GIVEN,<br>d/b/a R.J.R. PAINTING,<br>  Plaintiff,<br>v.<br>R & R MANAGEMENT, LLC.,<br>  Defendants. | )<br>)<br>) Case No. 2:05cv2136 B/P<br>)<br>)<br>)<br>)<br>) |

### DEFAULT JUDGMENT

The defendant, R & R Management, LLC., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is liable for a statutory penalty of $88,773.00 plus reasonable courts costs; that defendant had been defaulted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Entered this 5th day of July, 2005.

Thomas M. Gould
Clerk of Court
By: _____
   Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02136 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Greg Hays
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable J. Breen
US DISTRICT COURT