IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG -1  AM 11: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ROBERT E. ("BOB") GIVEN, d/b/a R.J.R. PAINTING, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 05-2136 B P |
| R & R MANAGEMENT, LLC, ) ) ) | |
| Defendant. ) | |

### [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT FOR THE COURT TO STAY EXECUTION OF THE ENFORCEMENT OF THE DEFAULT JUDGMENT OF ROBERT E. ("BOB") GIVEN D/B/A R.J.R PAINTING

This matter came to be heard upon the defendant's motion for the court to stay execution of the enforcement of the default judgment of Robert E. ("Bob") Given d/b/a R.J.R. Painting, and the entire record in this cause and the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the defendant's motion for the court to stay execution of the enforcement of the default judgment of Robert E. ("Bob") Given d/b/a R.J.R. Painting is granted.

_____
DISTRICT JUDGE

July 31, 2005
DATE

H:\DOCS\5131\pid mebd - proposed order granting motion for leave.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05

(17)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02136 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

M.E. Buck Dougherty
LESS GETZ & LIPMAN, PLLC
100 Peabody Place
Suite 1000
Memphis, TN 38103

Greg Hays
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Clifton M. Lipman
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT