FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

05 AUG -1 AM 11:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |
|---|---|
| ROBERT E. ("BOB") GIVEN, d/b/a R.J.R. PAINTING,  Plaintiff,  v.  R & R MANAGEMENT, LLC,  Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 05-2136 B P ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE

This matter came to be heard upon the defendant's motion to expedite and the entire record in this cause and the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the defendant's motion to expedite is granted.

_____
DISTRICT JUDGE

July 31, 2005
DATE

H:\DOCS\5131\pld mebo - proposed order granting motion to expedite.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02136 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

M.E. Buck Dougherty
LESS GETZ & LIPMAN, PLLC
100 Peabody Place
Suite 1000
Memphis, TN 38103

Clifton M. Lipman
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Greg Hays
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable J. Breen
US DISTRICT COURT