IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROBERT E. ("BOB") GIVEN, )
d/b/a R.J.R. PAINTING, )
            )
        Plaintiff, )
            )
vs.         )   Civ. No. 05-2136-B/P
            )
R & R MANAGEMENT, LLC, )
            )
        Defendant. )

## ORDER TO SHOW CAUSE

Before the court is defendant's Motion to Set Aside Default Judgment of Plaintiff, Robert E. ("Bob") Given, d/b/a R.J.R. Painting, filed on July 21, 2005 (dkt #7). This matter was referred to the United States Magistrate Judge for determination and/or a report and recommendation. Local Rule 7.2(a)(2) provides:

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The plaintiff has not filed a response to the motion, and the time to file a response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order why

defendant's motion to set aside default judgement should not be granted.

    IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 18, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02136 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

M.E. Buck Dougherty
LESS GETZ & LIPMAN, PLLC
100 Peabody Place
Suite 1000
Memphis, TN 38103

Greg Hays
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Clifton M. Lipman
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT