IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. ("BOB") GIVEN, d/b/a )<br>R.J.R. PAINTING, )<br>        )<br>     Plaintiff, )<br>        )<br>vs. )<br>        )<br>R & R MANAGEMENT, LLC, )<br>        )<br>     Defendant. ) | No. <u>05-2136 BP</u> |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY**

For good cause shown, Defendant's Motion for Leave to File a Reply is GRANTED. The Defendants are to file a reply no later than August 31, 2005.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

<u>August 24, 2005</u>
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02136 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

M.E. Buck Dougherty
LESS GETZ & LIPMAN, PLLC
100 Peabody Place
Suite 1000
Memphis, TN 38103

Clifton M. Lipman
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Greg Hays
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable J. Breen
US DISTRICT COURT