IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT E.("BOB") GIVEN, § <br> d/b/a R.J.R. PAINTING, § <br> Plaintiff, § <br> v. § <br> § <br> R & R MANAGEMENT, LLC, § <br> Defendant. § | Civil Action No. 05-2136 B P |

FILED BY _____ O.C.
05 DEC 20  PM 4: 44
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### ORDER ON PLAINTIFF'S MOTION TO ENLARGE TIME IN WHICH TO FILE OBJECTIONS AND EXCEPTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE ON DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT OF PLAINTIFF

After considering the Plaintiff's motion to enlarge time to file his objections and exceptions to the Magistrate Judge's Report and Recommendations on Defendant's Motion to Set Aside Default Judgment of Plaintiff, and upon the stipulations contained within the record indicating that the Defendant's attorney has no objections, the court FINDS there is cause to enlarge the time in which the parties have to file their exceptions and/or objections to the Magistrate Judge's Report and Recommendation.

Therefore, the court GRANTS the request to enlarge time until Wednesday, December 21, 2005

SIGNED on ___20th___, 2005.

_____
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05

(32)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02136 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

M.E. Buck Dougherty
LESS GETZ & LIPMAN, PLLC
100 Peabody Place
Suite 1000
Memphis, TN 38103

Clifton M. Lipman
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Greg Hays
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT